No. 94–6244.  HYDRICK *v.* GOMEZ, DIRECTOR, CALIFORNIA DE-
PARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari
denied.

No. 94–6247.  EDINBYRD *v.* CALIFORNIA.  Ct. App. Cal., 2d
App. Dist.  Certiorari denied.

No. 94–6249.  HUTCHINGS *v.* SCOTT, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.  Certiorari denied.

No. 94–6250.  HARRISON *v.* OKLAHOMA ET AL.  Ct. Crim. App.
Okla.  Certiorari denied.

No. 94–6252.  KIRBY *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari
denied.

No. 94–6254.  HOOPER *v.* CARLTON, WARDEN, ET AL.  C. A. 6th
Cir.  Certiorari denied.

No. 94–6255.  SAINTIL *v.* FLORIDA.  Dist. Ct. App. Fla., 4th
Dist.  Certiorari denied.

No. 94–6257.  WILLIAMS *v.* BUNNELL, WARDEN, ET AL.  C. A.
9th Cir.  Certiorari denied.

No. 94–6259.  WALLACE *v.* SMITH, WARDEN, ET AL.  C. A. 4th
Cir.  Certiorari denied.

No. 94–6264.  WALLACE *v.* STINSON, SUPERINTENDENT, GREAT
MEADOW CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari de-
nied.

No. 94–6265.  TRAYLOR *v.* EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–6266.  FIELDS *v.* CITY OF WEST PALM BEACH, FLORIDA;
and FIELDS *v.* GRAHAM, MAYOR OF THE CITY OF WEST PALM
BEACH, ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 94–6276.  VALDEZ *v.* JOY TECHNOLOGIES ET AL.  C. A. 5th
Cir.  Certiorari denied.

No. 94–6285.  LUCAS *v.* MICHIGAN.  Ct. App. Mich.  Certiorari
denied.